John A. Tessner and Sophie Tessner, appellees, v. L. F. Zygmunt and Company, Inc., appellant. Gen. No. 37,100.

Opinion filed February 5, 1934.
Peden, Melaniphy, Ryan & Andreas, for appellant; John C. Melaniphy, of counsel. J. Arthur Kealy, for appellees.
Mr. Justice O'Connor delivered the opinion of the court.

Emily Armour, appellee, v. The Pennsylvania Railroad Company, appellant. Gen. No. 35,582.

Opinion filed February 7, 1934.
Loesch, Scofield, Loesch & Burke, for appellant. Joseph D. Ryan and Louis P. Miller, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.

Oscar J. Bodelson, plaintiff in error, v. Jacob Adler, defendant in error. Gen. No. 36,181.

Opinion filed February 7, 1934.
Andrew R. Sherriff, for plaintiff in error. Silber, Isaacs, Silber & Woley, for defendant in error.
Mr. Presiding Justice Hall delivered the opinion of the court.

Mae F. Quinliven, appellee, v. George W. Sheehan et al., appellants. Gen. No. 36,295.

Opinion filed February 7, 1934.
Myer H. Gladstone, George F. Ort, John H. Johntry and John O. Fitzgerald, for appellants; Louis N. Blumenthal, of counsel. Irving G. Zazove, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.